396 A.2d 822

Commonwealth v. Frederick, Appellant.

Argued October 26, 1978. Peter H. Shaffer, for appellant; Richard W. Givan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.